UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALICE ANN WINN | ) | CASE NO. 08-93198-BHL-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**AGREED ENTRY MODIFYING STAY**

Creditor, U.S. Bank, N.A., (hereinafter referred to as "U.S. Bank"), by counsel, and Debtor(s), Alice Ann Winn, by counsel, agree and stipulate as follows:

1.    The 11 U.S.C. §362(a) stay as to U.S. Bank, in accordance with the agreement, is hereby modified and shall remain in effect and the real estate shall not be abandoned provided debtor complies with the following conditions:

(a)    Debtor(s) shall cure the post-petition arrearage currently due U.S. Bank in the amount of $2,471.19, which consists of:

| | |
|---|---|
| Payments from 12/1/09 to 2/1/10 @ $639.97 ea. | $1,919.91 |
| Late Charges | $101.28 |
| Attorney fees / Costs | $450.00 |

(b)    Debtor(s) shall tender $2,471.19 on or before April 27, 2010 to cure arrears.

(c)    Debtor(s) understands that this is in addition to the regular monthly installment payment currently in the sum of $639.97.

(e)    Debtor(s) shall resume making all future regular monthly installment payments as they become due commencing with the March 1, 2010 payment, each payment to be timely made in accordance with the terms of the loan documents between Debtor(s) and U.S. Bank.

2.    Debtor(s) shall remain current on those payments arising under the terms of their confirmed Plan.

Winn - File No. 019319B01

3.  Debtor(s) tendering of a check to U.S. Bank which is subsequently returned due to an insufficiency of funds in the account upon which the check is drawn shall not constitute a payment to the terms above.

4.  In the event that Debtor(s) fail to comply with any of the conditions set forth above in this Entry U.S. Bank shall file an Affidavit of Default, at which time a telephonic hearing will automatically be set in regard to the matter.

AGREED AND STIPULATED TO THIS 25th DAY OF MARCH, 2010.

/s/Timothy L. Black_____
TIMOTHY L. BLACK, Attorney for
U.S. Bank, N.A.
Attorney No. 2760-45
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: tblack@feiwellhannoy.com

AGREED AND STIPULATED TO THIS 22nd DAY OF MARCH, 2010.

                          /s/Lloyd E. Koehler
                          Lloyd E Koehler, Attorney for Debtor
                          400 Pearl Street  Suite 200
                          New Albany, IN 47150
                          (812) 949-2211
                          Email: lesliehamilton@koelerlawoffice.com

AGREED AND STIPULATED TO THIS 11th DAY OF MARCH, 2010.

                          /s/Joseph M. Black, Jr.
                          Joseph M. Black Jr., Trustee
                          P.O. Box 846
                          Seymour, IN 47274
                          (812) 523 6895
                          Fax: (812) 524-7211
                          Email:  jblacktrustee@trustee13.com

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Winn - File No. 019319B01